UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICE ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1575 HEA |
| ) | |
| ASRC COMMUNICATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| ALICE ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV416 HEA |
| ) | |
| NATIVE JOINT VENTURE CORP., et al., ) | |
| ) | |
| Defendants. ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on NJVC's (improperly named as Native Joint Venture Corp.), ASRC Communications, LTD and Chenega Technology Service Corp's Motion to Consolidate,[Doc. No. 38], and Plaintiff's Motion to Consolidate, [Doc. No. 91]. For the reasons set forth below, the Motions are granted.

Plaintiff brought these *pro se* actions against defendants alleging violations of her rights to free speech and due process, and discrimination against her based on

her race, in violation of Title VII of the Civil Rights Act. Both actions allege the same basic set of facts.

Under Rule 42(a) of the Federal Rules of Civil Procedure, actions may be consolidated as follows:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The Court agrees with the parties that consolidation of these cases will tend to avoid unnecessary costs and will economize the resources of the Court as well as the resources of the parties. Both cases involve the same underlying facts and the Plaintiff's actions are "inextricably interdependent" with each other.

Accordingly,

**IT IS HEREBY ORDERED** that both Defendants' and Plaintiff's Motions to Consolidate, [Doc. No.'s 38 and 91], are granted.

**IT IS FURTHER ORDERED** that all filings in these matters shall be in Case Number 4:08CV1575 HEA.

Dated this 19th day of February, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE