UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALICE ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV1575 HEA |
| | ) | |
| ASRC COMMUNICATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on Defendants Chenega Technology Services

Corporation, (CTSC), and ASRC Communications, LTD's (ASRC) Motions to

Dismiss, [Doc. Nos. 102 and 103, respectively]. For the reasons set forth below,

the Motions are granted.

On August 14, 2009, Plaintiff filed a Motion to Strike which included a

request to strike Defendants CTSC and ASRC from all counts of her Complaint.

The Court granted the Motion to Strike on August 17, 2009. Because there were no

remaining allegations against Defendants CTSC and ASRC, these defendants filed a

Motion on September 8, 2009 asking that they be dismissed from this case entirely.

The Court granted these Motions on February 19, 2010. They now ask to be

dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Chenega Technology Services Corporation and ASRC Communications' Motions to Dismiss, [Doc. No. 102 and 103], are granted.

**IT IS FURTHER ORDERED** that Defendants Chenega Technology Services Corporation and ASRC Communications are dismissed with prejudice from this action.

Dated this 7th day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE