UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALICE ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1575 HEA |
| ) | |
| ASRC COMMUNICATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Mediation, [Doc. No. 88]; Plaintiff's Motion for Continuance to Submit the Joint Proposed Scheduling Plan, [Doc. No 90]; Plaintiff's Motion for Acceptance of Missouri Division of Employment Appeal Tribunal Conclusion of Law Decision as Evidence, [Doc. No 98]; Plaintiff's Motion to Amend Complaint Due to Consolidation of Complaints 4:08CV001575 and 4:09CV00416, [Doc. No. 99]; Plaintiff's second Motion for Acceptance of Missouri Division of Employment Appeal Tribunal Conclusion of Law Decision as Evidence, [Doc. No. 105]; Plaintiff's two Motions for the Court to "Release It's [sic] Order," [Doc. Nos. 107 and 108]; Plaintiff's "Motion Amendment to Complaint," [Doc. No 109]; Plaintiff's "Motion to Strike 2d, 3rd and Complaint dated March 4, 2010, [Doc. No. 110]; Plaintiff's Motion for an

Injunction Against Work Place Harassment, [Doc. No. 111]; and Plaintiff's Motion "the Court to Accept Evidence." These motions are denied.

The Motion for mediation is premature.

The Motion for Continuance to Submit the Joint Proposed Scheduling Plan doesn't ask for anything, rather, it is a Memorandum supporting Plaintiff's position in this matter.

The Motions for Acceptance of Missouri Division of Employment Appeal Tribunal Conclusion of Law Decision as Evidence fail to attach any Decision, and therefore, the Court will not take judicial notice of this alleged Decision.

The Motion to Amend Complaint Due to Consolidation of Complaints 4:08CV001575 and 4:09CV00416 does not state what Plaintiff want amended in her Complaint.

The Motions for the Court to "Release It's [sic] Order fail to provide any legal reasons for the Court to reconsider its Opinion, Memorandum an Order, rather, it is Plaintiff's statement of what she perceives is ongoing discrimination.

The "Motion Amendment to Complaint," states that Plaintiff wishes to add a claim for negligence. The Motion does not include an Amended Complaint, but merely states that Plaintiff wants to add this claim. It refers to Defendants that have previously dismissed. If Plaintiff wishes to add a claim to her Complaint, she should submit to the Court a proposed Amended Complaint complete with the basic facts

upon which the Amended Complaint is brought. The remaining Defendant is unable to ascertain from this pleading what claims Plaintiff is alleging against it.

The Court cannot determine what Plaintiff wants in her Motion to Strike 2d, 3rd and Complaint dated March 4, 2010.

The Motion for an Injunction Against Work Place Harassment has been previously denied.

Motion "the Court to Accept Evidence" asks the Court to accept as evidence certain emails she sent. There is no foundation for the Court to accept these emails as evidence, and now is not the proper time for the Court to consider the evidence in this case.

Dated this 8th day of April, 2010

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE